U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT FILED   MAR 2 7 2000
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CIVIL ACTION LORETTA G. WHYTE CLERK |
| v. | * | NO. 00-00-0098 |
| DIANNA J. WILLIAMS | * | SECTION: "C" (2) |

\* \* \*

## J U D G M E N T

Defendant, Dianna J. Williams, was served with the summons and complaint and failed to plead or otherwise defend.  The legal time for pleading or otherwise defending has expired, and a default has been entered against Dianna J. Williams according to law. Therefore,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that there be judgment in favor of the United States of America and against Dianna J. Williams in the sum of  $4,053.05, plus interest accruing on  $1,991.25 at the rate of 8 percent per annum or the daily rate of $0.44  from October 25, 1999, to date of judgment; interest accruing on $1,085.54 at the rate established annually by the U.S. Department of Education pursuant to 20 U.S.C. § 1077a from October 25, 1999, to date of judgment; interest from date of judgment until paid in full at the Treasury bill rate, 28 U.S.C. § 1961; and the costs of this proceeding.

New Orleans, Louisiana, this 27th day of March, 2000.

DATE OF ENTRY
MAR 2 7 2000

Fee_____
Process____
X Dktd_____
CtRmDep____
Doc.No. 7

LORETTA G. WHITE, Clerk

CLERK, UNITED STATES DISTRICT COURT

By_____
     Deputy Clerk