

```
                                    UNITED STATES DISTRICT COURT
                                             FILED
                                    ┌─────────────────────────────┐
                                           April 13, 2000
                                    └─────────────────────────────┘
                                    EASTERN DISTRICT OF LOUISIANA
                                          Loretta G. Whyte
                                               Clerk
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA      *00-0098*

## CALL DOCKET

The following cases were called this date to show cause why they should not be dismissed for failure to prosecute. After hearing, IT IS ORDERED that said cases be disposed of as indicated below:

**99-1168**  GERALD W. CARDARONELLA V FAB CON INC., ET AL
As to Abdon Callais Offshore, L.L.C., etc.
CASE NOT CALLED: ANSWER FILED.

**99-1534**  IN THE MATTER OF TE MARINE, INC., ETC.
**c/w**  (REF: 99-1710)
**99-1710**  CASE CALLED: C.A. 99-1710 ORDERED DISMISSED WITHOUT PREJUDICE FOR PLAINTIFF'S FAILURE TO PROSECUTE

**99-2311**  RENE MEJIA, JR. V MONITOR, LTD., ET AL
As to Centrosim Management Company
CASE CALLED: ORDERED THAT CENTROSIM MANAGEMENT COMPANY IS HEREBY DISMISSED FOR PLAINTIFF'S FAILURE TO PROSECUTE

**99-2616**  DANTAM QUY MUI, ET AL V GOODYEAR TIRE & RUBBER CO., ET AL
As to defendants Robert F. Morrwo, Shirley Thompson Morrow, Frederick J. Sigur and Marguerite Bradbury
As to third-party defendants Louisiana Tire Centers, Inc. and Joe Conti Toyota, Inc.
CASE CALLED: ORDERED PASSED FOR 45 DAYS.

```
__Fee_____
__Process_____
__Dktd____KAC_____
__CtRmDep_____
  Doc.No.__9__
```

DATE OF ENTRY _____4/13/00_____

| | |
|---|---|
| 99-3928 | COLORADO RIVER COMMUNICATIONS, INC. V MCI WORLDCOM COMMUNICATIONS, INC.<br>CASE CALLED: PASSED FOR 30 DAYS |
| 00-0020 | CARGILL FERROUS INTERNATIONAL V M/V DURMITOR, ETC., ET AL<br>CASE NOT CALLED: PASSED FOR 60 DAYS. |
| (00-0098) | UNITED STATES OF AMERICA V DIANNA J. WILLIAMS<br>CASE NOT CALLED: CASE CLOSED. |
| 00-0155 | HARTNEL HENRY, ETC., ET AL V JACK HOFFMAN, ET AL<br>CASE NOT CALLED: ANSWER FILED AS TO THE CITY OF NEW ORLEANS AND JACK HOFFMAN; PASSED FOR 30 DAYS AS TO THE NEW ORLEANS POLICE DEPARTMENT |
| 00-0181 | SUSAN NORTON V EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES<br>CASE NOT CALLED: ANSWER FILED. |

New Orleans, Louisiana, this ___12th___ day of April 2000.

_____
HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE