FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 OCT 10 P 4:06

LORETTA G. WHYTE
CLERK

**MINUTE ENTRY**
**MOORE, M.J.**
**October 10, 2001**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO: 00-0098** |
| **DIANNA J. WILLIAMS** | * | **SECTION: "C"** |

### HEARING ON MOTIONS

APPEARANCE(S):   Ms. Eneid A. Francis, Assistant United States Attorney for the Government

Dianna J. Williams, In Proper Person

MOTION(S):

(1)   MOTION TO EXAMINE JUDGMENT DEBTOR

### ORDERED

The judgment debtor was sworn before the court. Thereafter, Ms. Williams was ordered to appear before the Assistant U.S. Attorney or members of her staff to conduct the judgment debtor examination. Subsequently, Ms. Alice Jefferson, Debt Collection Agent from the U. S. Attorney's Office informed the court that the judgment debtor examination has been **SATISFIED**.

LOUIS MOORE, JR.
United States Magistrate Judge

**CLERK TO NOTIFY COUNSEL**

DATE OF ENTRY
OCT 11 2001